# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AASIYA JOHNSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHILDREN'S HOSPITAL OF PHILADELPHIA, KATHRYN LIPINSKI, ERIN JOHNSON, LUCY MCFADDEN, BROOK RILEY, MICHELLE JACKSON, KRISTEN LOURIE, LAUREN DINSINICK and MOLLY CROWE | : : : : : : | NO. 21-3089 |

## ORDER

**NOW**, this 20th day of October, 2021, upon consideration of plaintiff's Motion to Proceed *In Forma Pauperis* (Doc No. 1) and her *pro se* Complaint (Doc. No. 2), it is **ORDERED** that:

1. Pursuant to 28 U.S.C. § 1915 leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is deemed filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons stated in the Court's Memorandum.

/s/ TIMOTHY J. SAVAGE J.